No. 00–795. ASHCROFT, ATTORNEY GENERAL, ET AL. v. FREE SPEECH COALITION ET AL. C. A. 9th Cir. [Certiorari granted

*sub nom. Holder* v. *Free Speech Coalition*, 531 U. S. 1124.] Motion of the Solicitor General to dispense with printing the joint appendix granted.